**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-cv-1748**<br>**MDL No. 2545**<br>**Hon. Matthew F. Kennelly** |
| **THIS DOCUMENT RELATES TO:**<br><br>William J. Broussard, Sr. & Anna Broussard<br><br>v.<br><br>AbbVie Inc., et al. | Case No. 1:15-cv-01006 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, only against Defendant, Actavis, Inc. (n/k/a Allergan Finance, LLC), with the parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue their action against them.

Dated: March 15, 2017

*/s/ Rachel Abrams*
Rachel Abrams
LEVIN SIMES LLP
44 Montgomery Street, 32nd floor
San Francisco, California 94104
Phone: (415) 426-3000
Email: rabrams@levinsimes.com
*Counsel for Plaintiffs*

*s/ Christopher Boisvert*
Christopher Boisvert
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Phone: (215) 994-2312
Email: chip.boisvert@dechert.com
*Counsel for AbbVie Inc. and Abbott Laboratories*

/s/ *K.C. Green*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Email: kcgreen@ulmer.com
*Counsel for Defendant Actavis, Inc. (n/k/a Allergan Finance, LLC)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *K.C. Green*